1  Denise Bourgeois Haley
   Attorney at Law: 143709
   Law Offices of Lawrence D. Rohlfing
2  12631 E. Imperial Highway, Suite C-115
   Santa Fe Springs, California 90670
3  Tel.: (562) 868-5886
   Fax: (562) 868-5491
4  E-mail: rohlfing_office@speakeasy.net

5  Attorneys for Plaintiff

6

7

8               UNITED STATES DISTRICT COURT

9              CENTRAL DISTRICT OF CALIFORNIA

10

11  PATRICIA BROWN,                    ) Case No.: CV 07-6672 PJW
                                       )
12         Plaintiff,                  ) ORDER AWARDING EQUAL
                                       ) ACCESS TO JUSTICE ACT
                                       ) ATTORNEY FEES PURSUANT TO
13      vs.                            ) 28 U.S.C. § 2412(d)
    MICHAEL J. ASTRUE,                 )
14  Commissioner of Social Security,   )
                                       )
15                                     )
           Defendant.                  )
16  _____  )

17       Based upon the parties' Stipulation for the Award and Payment of Equal

18  Access to Justice Act Fees, IT IS ORDERED that the Commissioner shall pay to

19  Denise Bourgeois Haley, as Plaintiff's assignee and subject to the reservation of

20  rights, the amount of four thousand four hundred and fifty dollars and no cents

21  ($4,450.00), as authorized by 28 U.S.C. § 2412(d), subject to the terms of the

22  above-referenced Stipulation.
    DATE:    7/9/09
23

24  _____

25            UNITED STATES MAGISTRATE JUDGE

26

                              -1-